*AO 10*
*Rev. 1/2017*

1. **Person Reporting (la**

Kahn, Lawrence E.

# FINANCIAL

## III. NON-INV

### A. Filer's Non-In

## V. GIFTS. *(Incl*

 NONE *(N*

## VII. INVEST

☐ NONE (N

# VIII. ADDITI

## IX. CERTIFI

**I certify that all**